AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **1:19MJ-053**
Priority Mail, Tracking Number, 9505 5148 8636 9023 2320 01, addressed to )
Michael Smith, 20 Wood Creek Ct, Springboro OH 4566-9426, with a return )
address of Bob, 6933 Montego St, Chino CA 91710. )

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 JAN 25 PM 2:03
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Ohio  
*(identify the person or describe the property to be searched and give its location):*
Priority Mail, Tracking Number, 9505 5148 8636 9023 2320 01, addressed to Michael Smith, 20 Wood Creek Ct, Springboro OH 4566-9426, with a return address of Bob, 6933 Montego St, Chino CA 91710.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   2/8/19  
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Stephanie K. Bowman   .
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/25/19 2:01pm     *Stephanie K. Bowman*
                                        *Judge's signature*

City and state: Cincinnati, Ohio            Stephanie K. Bowman
                                        United States Magistrate Judge
                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:19MJ-053 | Date and time warrant executed: 01/25/2019 at 02:45 PM | Copy of warrant and inventory left with: |

Inventory made in the presence of:
B. Dorman

Inventory of the property taken and name of any person(s) seized:

Nothing seized.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/31/2019

*Executing officer's signature*

Jason R. Roth, U.S. Postal Inspector
*Printed name and title*

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 JAN 31 PM 4:38
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI